# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| COLLEEN WITMER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:18-cv-23942 |
| v. | ) ) ) |
| PERRY ELLIS INTERNATIONAL, INC., GEORGE FELDENKREIS, OSCAR FELDENKREIS, J. DAVID SCHEINER, JOE ARRIOLA, JANE DEFLORIO, BRUCE J. KLATSKY, and MICHAEL W. RAYDEN, | ) ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

The parties to this litigation (the "Action"), by and through their respective undersigned counsel, stipulate and agree as follows:

1. That all claims asserted in this Action are dismissed, with prejudice, as to Plaintiff only.

2. That all claims on behalf of any putative class in the Action are dismissed without prejudice.

3. Defendants have served neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

4. That all parties agree that the proposed Order of Dismissal, attached hereto as Exhibit "A," may be executed by the Court if it meets with the Court's approval.

5. That the Court shall retain jurisdiction of this Action solely for the purpose of determining any claim by counsel for Plaintiff for fees and expenses in connection with mooted

46718321;2

claims in the Action (a "Fee Claim"), if filed in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Respectfully submitted,

Dated:  October 19, 2018  **CULLIN O'BRIEN LAW, P.A.**

By: *s/ Cullin A. O'Brien*
Cullin A. O'Brien
Florida Bar No. 0597341
Cullin@cullinobrienlaw.com
6541 N.E. 21st Way
Ft. Lauderdale, FL 33308
Tel.: (561) 676-5370

*Attorneys for Plaintiff*

Dated: October 19, 2018  **AKERMAN LLP**

By: *s/ Brian P. Miller*
Brian P. Miller
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
(305) 982-5626
Brian.miller@akerman.com

*Attorneys for Perry Ellis International, Inc.,*