# EXHIBIT "A"

46718321;2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| COLLEEN WITMER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:18-cv-23942 |
| v. | ) ) |
| PERRY ELLIS INTERNATIONAL, INC., GEORGE FELDENKREIS, OSCAR FELDENKREIS, J. DAVID SCHEINER, JOE ARRIOLA, JANE DEFLORIO, BRUCE J. KLATSKY, and MICHAEL W. RAYDEN, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal filed by the parties in this cause, and the Court, having reviewed the record and being otherwise advised as to the premises, it is **ORDERED AND ADJUDGED** that:

1. All claims asserted in this action are dismissed, with prejudice, as to Plaintiff only.

2. All claims on behalf of the putative class in this action are dismissed without prejudice.

3. The Court shall retain jurisdiction of this action solely for the purpose of determining any claim by counsel for Plaintiff for fees and expenses in connection with mooted claims in the Action (a "Fee Claim"), if filed in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**DONE AND ORDERED** at Miami, Florida this ____ day of _____, 2018.

_____
DISTRICT COURT JUDGE

Copies furnished to: Counsel of Record

46718321;2